# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: Civ. No. 01-2252 Case Title: Cobb v. Conseco Services

**Affidavit of Movant**

I, Timothy D. Kelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gary S. Tell, an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Conseco Services in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: Timothy D. Kelly — MN Attorney License # 54926 — Date 2/20/02

**Affidavit of Proposed Admittee**

I, Gary S. Tell, am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Gary S. Tell — Signature: Gary S. Tell — Date 2/19/02

Attorney License Number: 438658 (D.C.)

Law Firm Name & Address: O'Melveny & Myers LLP
555 13th Street, N.W., Suite 500 West
Washington, D.C. 20004-1109

Telephone: (202) 383-5300

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

FEB 22 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________