THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

**ORDER**

Court File No. 01-CV-2252

Upon the files, records and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the deadline for the service and filing of all motions seeking to amend the pleadings and/or add parties shall be extended to June 1, 2002

BY THE COURT

Dated: 4/19/02, 2002

By [signature]
Magistrate Judge John M. Mason
Judge of the District Court

830836-1

APR 22 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

**STIPULATION TO EXTEND THE DATE FOR AMENDMENTS AND/OR JOINDER OF PARTIES**

Court File No. 01-CV-2252

---

IT IS HEREBY STIPULATED and agreed to between the parties hereto, through their respective counsel, as follows:

1. That due to scheduling difficulties, certain preliminary discovery and depositions will not be completed until, respectively, May 10 and May 15, 2002.

2. That the completion of said discovery will occur after the date, May 1, 2002, that has been set for the parties to serve and file motions seeking to amend the pleadings and/or add parties.

3. That the parties agree that the deadline for the service and filing of all motions seeking to amend the pleadings and/or add parties should be extended to June 1, 2002.

4. That the requested extension will not cause any of the other deadlines set forth in the Court's Scheduling Order to be delayed or extended.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Michael W. Unger (131416)
Gary J. Gordon (36225)
Gregory M. Erickson (276522)
Attorneys for Plaintiffs Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 4/15, 2002

KELLY & BERENS, P.A.

By ______________________________
Timothy D. Kelly (#54926)
Ann Claire Hoffman (#308493)
Attorneys for Defendants Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian
3720 IDS Center
80 S. Eighth Street
Minneapolis MN 55402
(612) 349-6171

Dated: 4/16, 2002