UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all other similarly situated,

Plaintiffs,
v.

Conseco Services, L.L.C., Rollin M. Dick John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

Case No. 01-CV-2252 (DSD/SRN)

**STIPULATION AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the above-identified parties through their undersigned counsel, that:

- On March 13, 2002, Judge John M. Mason entered a Pretrial Scheduling Order. Under the Order, the following deadlines were set:

| | |
|---|---|
| August 19, 2002 | "All motions of any kind relating to class action allegations, including motions to determine whether the action shall be maintained as a class action, and all supporting materials shall be served and filed by this date. See Rule 23(c)(1) of the Federal Rules of Civil Procedure and Local Rule 7. Plaintiffs shall obtain a hearing date from the Calendar Clerk of the District Court." |
| September 16, 2002 | "Defendants' Response shall be served and filed." |
| September 23, 2002 | "Plaintiffs' Reply shall be served and filed." |

- On July 19, 2002, Plaintiffs Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all other similarly situated Plaintiffs ("Plaintiffs"), served a Motion for Class Certification on Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian ("Defendants").

FILED AUG 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

- There is an inconsistency between the filing requirements of Local Rule 7 and the Judge's Pretrial Scheduling Order and, in an attempt to resolve that inconsistency, the parties hereby agree that the service schedule set forth in Judge Mason's March 13, 2002 Pretrial Scheduling Order shall apply to the Motion for Class Certification served by Plaintiffs on July 19, 2002 and that Plaintiffs shall submit all class action motion papers to the Clerk of Court for filing on or before September 23, 2002.

RIDER, BENNETT, EGAN & ARUNDEL, L.L.P.

By ______________________

Michael W. Unger (#131416)
Gary J. Gordon (#36225)
Gregory M. Erickson (#276522)
Attorneys for Plaintiffs
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8947

DATED: August 14, 2002

***Attorneys for Plaintiffs***

KELLY & BERENS, P.A.

By ______________________

Timothy Kelly, Esq. (#54926)
Ann Claire Hoffman (#308493)
Attorneys for Defendants
80 S. Eighth St., Ste. 3720
Minneapolis, MN 55402
(612) 349-6171

DATED: August 14, 2002

O'MELVENY & MYERS, L.L.P.

Robert N. Eccles
Gary S. Tell
Shannon M. Barrett
Suite 500 West
555 13th Street N.W.
Washington, D.C. 20004-1109
(202) 383-5300

*Attorneys for Defendants*

**ORDER**

Based upon the foregoing Stipulation,

**IT IS SO ORDERED.**

Date: August 14, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge