THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER**
AND ORDER

Court File No.: 01-CV-2252 DSD/SRN

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, through their respective counsel, that:

1. Due to the schedules of witnesses and counsel, all non-expert discovery, including, but not limited to, fact-witness depositions, cannot be completed on or before November 1, 2002.

2. In order to accommodate the completion of non-expert discovery the parties hereby request that the Scheduling Order be amended as following:

| | | |
|---|---|---|
| a. | 12-15-02 | All non-expert discovery shall be commenced in time to be completed by this date. |
| b. | 01-17-03 | Plaintiffs' expert witness disclosure and reports. |
| c. | 01/31/03 | Defendants' expert witness disclosure and reports. |
| d. | 02/14/03 | Plaintiffs' rebuttal expert witness disclosures. |

FILED OCT 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| e. | 03-14-03 | All discovery of any kind shall be commenced in time to be completed by this date. |
| f. | 03-21-03 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. |
| g. | 04-04-03 | All dispositive motions shall be served and filed by the parties. |
| h. | 05-12-03 | Trial-ready date. |

KELLY & BERENS, P.A.

By Timothy D. Kelly
Timothy D. Kelly (#54926)
Attorneys for Defendants
80 S. Eighth St., Ste. 3720
Minneapolis, MN 55402
(612) 349-6171

Dated: 10/9, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ____________________
Gary J. Gordon (#36225)
Attorneys for Plaintiffs
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Dated: 8 Oct, 2002

900880-1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Brent R. Cobb, Frank J. Wilary and
Eric J. Nokken, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick,
John J. Sabl, James S. Adams and
Thomas J. Kilian,

Defendants.

**ORDER AMENDING SCHEDULING ORDER**

Court File No.: 01-CV-2252
DSD/SRN

---

Based upon the files, records and proceedings herein and upon the Stipulation of counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Scheduling Order herein may be amended as follows:

| | | |
|---|---|---|
| a. | 12-15-02 | All non-expert discovery shall be commenced in time to be completed by this date. |
| b. | 01-17-03 | Plaintiffs' expert witness disclosure and reports. |
| c. | 01/31/03 | Defendants' expert witness disclosure and reports. |
| d. | 02/14/03 | Plaintiffs' rebuttal expert witness disclosures. |
| e. | 03-14-03 | All discovery of any kind shall be commenced in time to be completed by this date. |
| f. | 03-21-03 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. |

g. 04-04-03 All dispositive motions shall be served and filed by the parties.

h. 05-12-03 Trial-ready date.

DATED: October 11, 2002

SUSAN RICHARD NELSON
U.S. Magistrate Judge