THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER**
AND ORDER

Court File No.: 01-CV-2252 DSD/SRN

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, through their respective counsel, that:

1. Due to the schedules of witnesses and counsel, all non-expert discovery, including, but not limited to, fact-witness depositions, could not be completed by December 15, 2002.

2. In order to accommodate the completion of non-expert discovery the parties hereby request that the Scheduling Order be amended to extend the ~~expert disclosures, but retain the other~~ deadlines, as following:

| | | |
|---|---|---|
| a. | 02/12/03 | All non-expert discovery shall be commenced in time to be completed by this date. |
| b. | 02/12/03 | Plaintiffs' expert witness disclosure and reports. |
| c. | 02/28/03 | Defendants' expert witness disclosure and reports. |
| d. | 03/14/03 | Plaintiffs' rebuttal expert witness disclosures. |

FILED JAN 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

e. 04/14/03 All discovery of any kind shall be commenced in time to be completed by this date.

f. 04/21/03 All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed.

g. 05/05/03 All dispositive motions shall be served and filed by the parties.

h. 06/30/03 Trial-ready date.

Dated: Jan. 15, 2003

By [signature]

Robert N. Eccles
Shannon M. Barrett
O'MELVENY & MYERS, LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 383-5363
COUNSEL FOR DEFENDANTS

Timothy D. Kelly (#54926)
Anne Claire Hoffman (#308493)
KELLY & BERENS, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171
LOCAL COUNSEL FOR DEFENDANTS

Dated: 1-13, 2003

By [signature]

Michael W. Unger (#131416)
RIDER, BENNETT, EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8953
COUNSEL FOR PLAINTIFFS

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

**ORDER AMENDING SCHEDULING ORDER**

Court File No.: 01-CV-2252 DSD/SRN

Based upon the foregoing Stipulation and the court finding good cause shown:

IT IS HEREBY ORDERED:

1. That the Scheduling Order herein may be amended as follows:

| | | |
|---|---|---|
| a. | 02/12/03 | All non-expert discovery shall be commenced in time to be completed by this date. |
| b. | 02/12/03 | Plaintiffs' expert witness disclosure and reports. |
| c. | 02/28/03 | Defendants' expert witness disclosure and reports. |
| d. | 03/14/03 | Plaintiffs' rebuttal expert witness disclosures. |
| e. | 04/14/03 | All discovery of any kind shall be commenced in time to be completed by this date. |
| f. | 04/21/03 | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. |

g. 05/05/03 All dispositive motions shall be served and filed by the parties.

h. 06/30/03 Trial-ready date.

Susan Richard Nelson

Susan Richard Nelson
Magistrate Judge of District Court

936371-1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.