UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brent R. Cobb, Frank J. Wilary and Eric J. Nokken, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Conseco Services, L.L.C., Rollin M. Dick, John J. Sabl, James S. Adams and Thomas J. Kilian,

Defendants.

Court File No. 01-CV-2252 (DSD/SRN)

**STIPULATION TO AMEND SCHEDULING ORDER**

---

IT IS HEREBY STIPULATED:

1. That the Scheduling Order be amended as follows:

a. 04/28/03 Defendants' expert witness disclosure and reports.

b. 05/14/03 Plaintiffs' rebuttal expert witness disclosures.

c. 06/16/03 All discovery of any kind shall be commenced in time to be completed by this date.

d. 06/23/03 All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed.

e. 07/07/03 All dispositive motions shall be served and filed by the parties.

f. 09/02/03 Trial-ready date.

APR 09 2003
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 4-8, 2003

By [signature]
Michael W. Unger (13416)
RIDER BENNETT, LLP
333 South 7th St., Ste. 2000
Minneapolis, MN 55402
(612) 340-8900

ATTORNEY FOR PLAINTIFFS

Dated: 4/8, 2003

By [signature]
Timothy D. Kelly (#54926)
KELLY & BERENS, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

Robert N. Eccles
Shannon M. Barrett
O'MELVENY & MYERS, LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 383-5363

ATTORNEYS FOR DEFENDANTS

**ORDER**

SO ORDERED.

Dated: 4/8/03

BY THE COURT

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

No further extension of time will be granted