IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BRENT R. COBB, FRANK J. WILARY AND ERIC J. NOKKEN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

v.

CONSECO SERVICES, L.L.C., ROLLIN M. DICK, JOHN J. SABL, JAMES S. ADAMS AND THOMAS J. KILIAN,

Defendants.

Court File No. 01-CV-2252 DSD/SRN

**STIPULATION TO AMEND SCHEDULING ORDER**

1. The undersigned parties are in active settlement discussions and have agreed in principle to a settlement amount and framework. The parties recognize, however, that there remain certain implementation issues that must be addressed before the parties can finalize a settlement agreement, including issues related to the determination of a fair and administratively feasible method for the distribution of settlement funds and the compliance of any settlement terms with the Employee Retirement Income Security Act, related provisions of the Internal Revenue Code, and related regulations.

2. In the interest of avoiding unnecessary litigation costs while attempting to effectively address and resolve these outstanding issues, the parties seek to amend the pending pre-trial schedule as set forth below.

IT IS HEREBY STIPULATED:

1. That the parties provide the Magistrate Judge a written or telephonic report on May 15, 2003, notifying the Magistrate Judge of the parties' progress in completing a settlement agreement.

2. That the parties submit a Stipulation of Settlement and a Proposed Preliminary Approval Order to the Court on or before June 2, 2003.

3. That the remaining dates in the pre-trial schedule will be stayed during the completion of settlement discussions and the preparation of a Stipulation of Settlement and a Proposed Preliminary Approval Order. However, if the parties at any point determine that they

APR 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

will be unable to submit a Stipulation of Settlement and a Proposed Preliminary Approval Order to the Court on or before June 2, 2003, the parties shall notify the Court and promptly submit a proposed amended scheduling order resetting the remaining pre-trial deadlines.

Dated: 4-23, 2003

By [signature]

Michael W. Unger (13416)
RIDER BENNETT, LLP
333 South 7th St., Ste. 2000
Minneapolis, MN 55402
(612) 340-8900

ATTORNEY FOR PLAINTIFFS

Dated: 4/23, 2003

By [signature]

Timothy D. Kelly (#54926)
KELLY & BERENS, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171

Robert N. Eccles
Shannon M. Barrett
O'MELVENY & MYERS, LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 383-5363

ATTORNEYS FOR DEFENDANTS

ORDER

SO ORDERED.

Dated: April 24, 2003

BY THE COURT

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

DC1:547520.1